UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASEY G. PRASHAW and LINDSEY R.
PRASHAW,

                                    Plaintiffs,

v.

TITAN   MINING   CORPORATION;
EMPIRE   STATE   MINES,   LLC;   ST.
LAWRENCE   ZINC   COMPANY,   LLC;
G.L.   TILEY   &   ASSOCIATES   LTD;
ROTESCO   INC.   and   ABC   ENTITITES
1-5,

                                      Defendants.

CASE NO.:  8:20-CV-00778
Hon. Judge D'Agostino

## STIPULATION OF DISMISSAL OF ST. LAWRENCE ZINC COMPANY, LLC

IT   IS   HEREBY   STIPULATED   AND   AGREED,   pursuant   to   Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.3 of the Local Rules of the Northern District of New York, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that, whereas no party hereto is an infant or incompetent person, the above-entitled action and any claims and counterclaims be, and the same hereby is, dismissed in its entirety without prejudice as to Defendant St. Lawrence Zinc Company, LLC ("St. Lawrence"). Plaintiffs Casey G. Prashaw and Lindsey R. Prashaw have consented to the electronic filing of this document by counsel for Defendant St. Lawrence.

{H4128243.1}

Dated: September 15, 2020

Dated:  September ___, 2020

HANCOCK ESTABROOK, LLP

PORTER NORDBY HOWE LLP

_Christina Verone Juliano_

_____

Christina M. Verone Juliano, Esq.

Michelle E. Rudderow, Esq.

*Attorneys for Defendants St. Lawrence Zinc*

Eric C. Nordby, Esq.

*Company LLC, Titan Mining Corporation, and*

*Attorneys for Plaintiffs*

*Empire State Mines, LLC*

125 East Jefferson St., 11th Fl.

(Bar Roll No.: 102241)

Syracuse, N.Y. 13202-2550

John L. Murad, Jr., Esq.

Telephone: (315) 477-9912

(Bar Roll No. 102241)

Email: mrudderow@pnhlawyers.com

1800 AXA Tower I

          enordby@pnhlawyers.com

100 Madison Street

Syracuse, New York 13202

Telephone: (315) 565-4500

Email: cjuliano@hancocklaw.com

          jmurad@hancocklaw.com

Bernard S. Vallejos, Esq. (admitted pro hac vice)

Michael J. Farrell, Esq. (admitted pro hac vice)

Farrell, White & Legg PLLC

914 5th Avenue; P.O. Box 6457

Huntington, WV 25772-6457

Telephone: (304) 522-9100

Facsimile: (304) 522-9162

Email: bsv@farrell3.com

          mjf@farrell3.com

Dated: September ___, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____

John M. Doody, Esq.

*Attorneys for Defendant G.L. Tiley & Associates,*

*LTD*

77 Water Street, Suite 2100

New York, NY 10005

Telephone: (212) 232-1333

Email: John.Doody@lewisbrisbois.com

{H4128243.1}

Dated: September __, 2020                          Dated: September 14, 2020


HANCOCK ESTABROOK, LLP                             PORTER NORDBY HOWE LLP

_____                    _____
Christina M. Verone Juliano, Esq.                  Michelle E. Rudderow, Esq.
*Attorneys for Defendants St. Lawrence Zinc*        Eric C. Nordby, Esq.
*Company LLC, Titan Mining Corporation, and*        *Attorneys for Plaintiffs*
*Empire State Mines, LLC*                           125 East Jefferson St., 11th Fl.
(Bar Roll No.: 102241)                             Syracuse, N.Y. 13202-2550
John L. Murad, Jr., Esq.                           Telephone: (315) 477-9912
(Bar Roll No. 102241)                              Email: mrudderow@pnhlawyers.com
1800 AXA Tower I                                           enordby@pnhlawyers.com
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 565-4500
Email: cjuliano@hancocklaw.com
       jmurad@hancocklaw.com

Bernard S. Vallejos, Esq. (admitted pro hac vice)
Michael J. Farrell, Esq. (admitted pro hac vice)
Farrell, White & Legg PLLC
914 5th Avenue; P.O. Box 6457
Huntington, WV 25772-6457
Telephone: (304) 522-9100
Facsimile: (304) 522-9162
Email: bsv@farrell3.com
       mjf@farrell3.com

Dated: September __, 2020


LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
John M. Doody, Esq.
*Attorneys for Defendant G.L. Tiley & Associates, LTD*
77 Water Street, Suite 2100
New York, NY 10005
Telephone: (212) 232-1333
Email: John.Doody@lewisbrisbois.com

{H4128243.1}

Dated: September __, 2020                          Dated: September ___, 2020


HANCOCK ESTABROOK, LLP                   PORTER NORDBY HOWE LLP


_____          _____
Christina M. Verone Juliano, Esq.         Michelle E. Rudderow, Esq.
*Attorneys for Defendants St. Lawrence Zinc*   Eric C. Nordby, Esq.
*Company LLC, Titan Mining Corporation, and*   *Attorneys for Plaintiffs*
*Empire State Mines, LLC*                 125 East Jefferson St., 11th Fl.
(Bar Roll No.: 102241)                    Syracuse, N.Y. 13202-2550
John L. Murad, Jr., Esq.                  Telephone: (315) 477-9912
(Bar Roll No. 102241)                     Email: mrudderow@pnhlawyers.com
1800 AXA Tower I                                   enordby@pnhlawyers.com
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 565-4500
Email: cjuliano@hancocklaw.com
        jmurad@hancocklaw.com


Bernard S. Vallejos, Esq. (admitted pro hac vice)
Michael J. Farrell, Esq. (admitted pro hac vice)
Farrell, White & Legg PLLC
914 5th Avenue; P.O. Box 6457
Huntington, WV 25772-6457
Telephone: (304) 522-9100
Facsimile: (304) 522-9162
Email: bsv@farrell3.com
        mjf@farrell3.com


Dated: September 14, 2020



LEWIS BRISBOIS BISGAARD & SMITH LLP

*John J. Doody*
_____
John M. Doody, Esq.
*Attorneys for Defendant G.L. Tiley & Associates,*
*LTD*
77 Water Street, Suite 2100
New York, NY 10005
Telephone: (212) 232-1333
Email: John.Doody@lewisbrisbois.com


{H4128243.1}