UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY G. PRASHAW and LINDSEY R. PRASHAW,<br><br>        Plaintiffs,<br><br>v.<br><br>TITAN MINING CORPORATION; EMPIRE STATE MINES, LLC; ST. LAWRENCE ZINC COMPANY, LLC; VANDERBILT MINERALS, LLC; G.L. TILEY & ASSOCIATES LTD.; ROTESCO INC. and ABC ENTITIES 1-5.<br><br>        Defendants. | Civil Action No.:  20-CV-778 (MAD/CFH) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-captioned matter is voluntarily dismissed, without prejudice and subject to the conditions outlined in **Exhibit A** (attached), against Defendant Rotesco, Inc.

                PORTER NORDBY HOWE LLP

Dated:  September 16, 2020

        By:  */s/ Michelle E. Rudderow*_____
            Michelle E. Rudderow, of Counsel (514009)

            Office & P.O. Address
            125 East Jefferson Street, 11th Floor
            Syracuse, New York 13202-2550
            315.477.9900
            315.477.9923 (facsimile)

            **FAX SERVICE NOT ACCEPTED**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2020, I caused the foregoing document to be filed electronically with the Clerk of the District Court, Northern District of New York using the CM/ECF system, which sent notification of such filing to all counsel who have made an appearance in this action.

DATED:  September 16, 2020      By:    */s/ Michelle E. Rudderow*
                Syracuse, New York                  Michelle E. Rudderow (514009)